IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:10-M- 1645

**SEALED MATERIAL**

**ORDER TO SEAL APPLICATION AND AFFIDAVIT FOR
SEIZURE WARRANT**

Upon motion of the United States and for good cause shown, it is hereby ORDERED that the above-referenced Application and Affidavit for Seizure Warrant, and all attachments, the Motion to Seal, and this Order filed therewith, be sealed by the Clerk except that certified copies be provided to the Office of the United States Attorney, and/or the U. S. Immigration and Customs Enforcement upon request.

This the 22 day of July, 2010.

_____
WILLIAM A. WEBB
United States Magistrate Judge