IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:10-MJ-1645

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| v. | ) | **ORDER TO UNSEAL CASE** |
| | ) | |
| SEIZURE WARRANT FOR ANY AND ALL ACCOUNTS WHATEVER NATURE AND SAFETY DEPOSIT BOXES IN THE NAME OF HAMOUD AHMED ALGHOZZI, JAMAL ALSHWAS, H&J SUPER DISCOUNTS | ) ) ) ) ) ) ) | |

This case comes before the court on the government's motion (D.E. 6) to unseal the above captioned case. The government represents that the seizure which was the subject of this case has been completed, and, therefore, the purposes underlying the requests to seal are no longer extant.

Having duly considered this motion to unseal and for good cause shown, the court hereby GRANTS the motion, and the Clerk is hereby DIRECTED to unseal this case.

SO ORDERED this 19th day of August 2010.

James E. Gates
United States Magistrate Judge